

1345 Avenue of the Americas, 11th Floor<br>
New York, New York 10105<br>
Telephone: (212) 370-1300<br>
Facsimile: (212) 370-7889

John Brilling Horgan
jhorgan@egsllp.com

November 3, 2022

**Via ECF**
Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom 15C
New York, NY 10007-1312

   Re: 1:22-cv-08538-LJL
      JinHe Capital Limited v. Singularity Future Technology, Ltd. f/k/a Sino-Global Shipping America, Ltd.

Dear Judge Liman,

  This Firm represents Defendant Singularity Future Technology, Ltd. f/k/a Sino-Global Shipping America, Ltd. (the "Company") in the above-referenced matter.

  We are writing to advise the Court that the Company and Plaintiff JinHe Capital Limited have agreed to extend the Company's time to answer the Complaint to December 12, 2022.

Very Truly Yours,

John Brilling Horgan