

1345 Ave. of the Americas, 11th Floor
New York, NY 10105-0302
Telephone:  212-370-1300
jhorgan@egsllp.com

December 12, 2022

**BY ECF**
The Honorable Lewis Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 160
New York, NY 10007

      Re:  *Jinhe Capital Limited v. Singularity Future Technology, Ltd.*., 1:22-cv-08538-LJL – Letter Motion Concerning Motion to Dismiss

Dear Judge Liman:

    We represent Defendant Singularity Future Technology, Ltd ("Singularity") in the above-referenced matter. Pursuant to the Court's Notice of Initial Pretrial Conference Order, dated December 5, 2022 (ECF Docket No. 8), Singularity hereby informs the Court that it intends to file a motion to dismiss.

                                    Sincerely,

                             ___*[s] John B. Horgan*____
                                John B. Horgan