```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
                                                          :
JINHE CAPITAL LIMITED,                                    :
                                                          :
                                Plaintiff(s),             :
                                                          :         22  -cv- 8538       (LJL)
                                                          :
                -v-                                       :
                                                          :         CASE MANAGEMENT PLAN AND
                                                          :         SCHEDULING ORDER
SINGULARITY FUTURE TECHNOLOGY LTD.,                       :
                                                          :
                                Defendant(s).             :
                                                          :
----------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    This Civil Case Management Plan and Scheduling Order is submitted by the parties in accordance with Federal Rule of Civil Procedure 26(f)(3):

1. All parties [consent __ / do not consent __X__ ] to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2. The parties [have _X_ / have not __] conferred pursuant to Federal Rule of Civil Procedure 26(f).

3. The parties [have _____ / have not _X_] engaged in settlement discussions.

4. Any motion to amend or to join additional parties shall be filed no later than February 6, 2023 [*Absent exceptional circumstances, a date not more than thirty (30) days following the initial pretrial conference.*] **[Plaintiffs' proposal]**

   Any motion to amend or to join additional parties shall be filed not later than thirty days after a rule, if any, from the Court sustaining the

operative complaint (including any further amended complaint, if applicable), in whole or in part, in response to any motion to dismiss. **[Defendants' Proposal]**

Note: Pursuant to Paragraph 3(C) of the Court's Individual Practices in Civil Cases, the Court will deny a motion to dismiss as moot, without prior notice to the parties, if a plaintiff amends its pleading without objection from the defendant. The moving party may then (a) file an answer or (b) file a new motion to dismiss. In the event the moving party wishes to rely on its initially filed memorandum of law, the party may so indicate on its initially filed memorandum of law, the party may so indicate in its motion to dismiss the amended pleading and need not file the memorandum of law again.

**Pursuant to Paragraph 2(K) of the Court's Individual Practices in Civil Cases, parties may extend the deadlines set forth in Local Civil Rule 6.1 by an agreed-upon schedule, which shall govern as long as it is disclosed to the Court in a letter accompanying the initial motion. At the Initial Pretrial Conference, parties should come prepared to discuss a proposed briefing schedule for any anticipated motion.**

Any motion to amend or to join additional parties shall be filed no later than

5. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than January 19, 2023 **[Plaintiffs' proposal].**

   Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than fourteen days after a ruling, if any, from the Court sustaining the operative complaint (including any further amended complaint, if applicable), in whole or in part, in response to any motion to dismiss **[Defendants' Proposal]**.

6. All fact discovery is to be completed no later than May 5, 2023 **[Plaintiffs' Proposal]**.

   All fact discovery is to be completed no later than 180 days after a ruling, if any, from the Court sustaining the operative complaint

(including any further amended complaint, if applicable), in whole or in part, in response to any motion to dismiss **[Defendants' Proposal]**.

7. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in Paragraph 6 above.

**NOTE ON COVID-19 EMERGENCY PROCEDURES**

**Until further notice, and pursuant to Fed. R. Civ. P. 30(b)(3) and (b)(4), all depositions may be taken via telephone, videoconference, or other remove means, and may be recorded by any reliable audio or audiovisual means. This does not dispense with the requirements set forth in Fed. R. Civ. P. 30(b)(5), including the requirement that, unless the parties stipulate otherwise, the deposition be "conducted before an officer appointed or designated under Rule 28," and that the deponent be placed under oath by that officer. For avoidance of doubt, a deposition will be deemed to have been conducted "before" an officer so long as that officer attends the deposition via the same remote means (e.g., telephone conference call or video conference) used to connect all other remote participants, and so long as all participants (including the officer) can clearly hear and be heard by all other participants.**

**Nothing in the above-mentioned rule prevents parties from seeking to modify any pretrial schedule in light of the COVID-19 pandemic (or for any other good cause). Prior to seeking such relief, the parties must, as always, attempt to meet and confer (via remote means) in a good faith effort to reach agreement.**

**Parties are instructed to consult the Court's COVID-19 Emergency Individual Practices in Civil and Criminal Cases for additional guidance on procedures in place at this time.**

    a. Initial requests for production of documents shall be served by January 27, 2023 **[Plaintiffs' Proposal]**.

    Initial requests for production of documents shall be served by 30 days after a ruling, if any, from the Court sustaining the operative complaint (including any further amended complaint, if

applicable), in whole or in part, in response to any motion to dismiss **[Defendants' Proposal]**.

    b.    Interrogatories pursuant to Rule 33.3(a) of the Local Rules of the Southern District of New York shall be served by January 27, 2023 **[Plaintiffs' Proposal]**.

Interrogatories pursuant to Rule 33.3(a) of the Local Rules of the Southern District of New York shall be served 30 days after a ruling, if any, from the Court sustaining the operative complaint (including any further amended complaint, if applicable), in whole or in part, in response to any motion to dismiss **[Defendants' Proposal]**.

No Rule 33.3(a) interrogatories need to be served with respect to disclosures automatically required by Federal Rule of Civil Procedure 26(a).

    c.    Unless otherwise ordered by the Court, contention interrogatories should be served consistent with Rule 33.3(c) of the Local Rules of the Southern District of New York.

    d.    Depositions shall be completed by May 5, 2023 **[Plaintiffs' Proposal]**.

Depositions shall be completed by 30 days before the close of fact discovery **[Defendants' Proposal]**.

    e.    Requests to Admit shall be served no later than June 5, 2023 **[Plaintiffs' Proposal].**

Requests to Admit shall be served no later than 5 days after the close of fact depositions **[Defendants' Proposal]**.

8.    All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by June 19, 2023 **[Plaintiffs' Proposal]**.

All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by 45 days from the completion of fact discovery. **[Defendants' Proposal]**.

9. All discovery shall be completed no later than **June 30, 2023** **[Plaintiffs' Proposal]**.

    All discovery shall be completed no later than the close of expert discovery **[Defendants' Proposal]**.

10. The proposed joint pretrial order shall be submitted on ECF in accordance with the Court's Individual Practices in Civil Cases and Federal Rule of Civil Procedure 26(a)(3) no later than 45 days before the scheduled trial date.

11. A post-discovery status conference shall be held on [Court to Complete] **[Plaintiffs' Proposal]**.

    A post-discovery status conference shall be held 30 days after the close of all discovery **[Defendants' Proposal]**.

    A joint letter updating the Court on the status of the case shall be filed on ECF by one week prior to the status conference. The letter must be no more than three (3) single spaced pages and should include the following information in separate paragraphs:

    (1) all existing deadlines, due dates, and/or cut-off dates;

    (2) a brief description of any outstanding motions;

    (3) a brief description of the status of discovery and of any additional discovery that remains to be completed;

    (4) the status of settlement discussions;

    (5) the anticipated length of trial and whether the case is to be tried to a jury;

    (6) whether the parties anticipate filing motions for summary judgment; and any other issue that the parties would like to address at the pretrial conference or any other information that the parties believe may assist the Court.

12. Any motion for summary judgment must be filed no later than [Court to Complete] **[Plaintiffs' Proposal]**.

    Any motion for summary judgment must be filed no later than 14 days after the close of all discovery **[Defendants' Proposal]**.

13. This case [is _X_/ is not___] to be tried to a jury.

14. The parties have conferred and their present best estimate of the length of trial is 2-4 trial days.

15. Counsel for the parties propose the following alternative dispute resolution mechanism for this case:

    a) _____ Referral to a Magistrate Judge for settlement discussions.

    b) _____ Referral to the Southern District's Mediation Program.

    c) _____ Retention of a private mediator.

The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

16. Other issues to be addressed at the Initial Pretrial Conference, including those set forth in Federal Rule of Civil Procedure 26(f)(3), are set forth below.

A briefing schedule for Defendants' motion to dismiss. ~~Defendants~~ propose the following schedule:

   a) Defendants' motion to dismiss shall be filed and served by February 28, 2023.

   b) Plaintiffs' opposition papers shall be filed and served by March 28, 2023.

   c) Defendants' reply papers shall be filed and served by April 12, 2023.

Plaintiff proposes that the motion to dismiss shall be filed and served by January 19, 2023;
Plaintiff's opposition papers shall be filed and served by February 13, 2023;
Defendant's reply papers shall be filed and served by February 23, 2023.

-6-

22806040v.1

Counsel for the Parties:

| | |
|---|---|
| SICHENZIA ROSS FERENCE LLP | ELLENOFF GROSSMAN & SCHOLE LLP |
| By: */s/ John J. Elliott* | By: */s/ Joanna Cohen* |
| Michael H. Ference, Esq. | Joanna Cohen, Esq. |
| John J. Elliott, Esq. | 1345 Avenue of the Americas, 11th Floor |
| 1185 Avenue of the Americas, 31st Floor | New York, New York 10105 |
| New York, New York 10036 | jcohen@egsllp.com |
| mference@srf.law | (212) 370-1300 |
| jelliott@srf.law | |
| (212) 930-9700 | *Attorneys for Defendant Singularity* |
| | |
| *Attorneys for Plaintiff Jinhe* | |

Dated:    January___, 2023
              New York, New York


_____
LEWIS J. LIMAN
United States District Judge